NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN M. CRUM, | No. 17-35449 |
| Plaintiff-Appellant, | D.C. No. 6:16-cv-00600-HZ |
| v. | |
| TANYIA BEAL, Counselor, Oregon State Correctional Institution (OSCI); et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Oregon
Marco A. Hernandez, District Judge, Presiding

Submitted January 15, 2019[**]

Before: TROTT, TALLMAN, and CALLAHAN, Circuit Judges.

Oregon state prisoner Steven M. Crum appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that prison mail restrictions violated his constitutional rights to familial association, due process, and equal protection. We have jurisdiction under 28 U.S.C. § 1291. We review de

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

novo a district court's summary judgment for failure to exhaust administrative remedies. *Jackson v. Fong*, 870 F.3d 928, 932 (9th Cir. 2017). We affirm.

The district court properly granted summary judgment because Crum did not exhaust administrative remedies before filing his action. *See Ross v. Blake*, 136 S. Ct. 1850, 1858-60 (2016) (explaining that an inmate must exhaust "such administrative remedies as are available" before bringing suit, and describing limited circumstances under which administrative remedies are effectively unavailable).

**AFFIRMED.**